## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Firearm Owners Against Crime; | : | |
| Kim Stolfer; Joshua First; and | : | |
| Howard Bullock, | : | |
| Appellants | : | |
| | : | |
| v. | : | No. 1434 C.D. 2018 |
| | : | |
| City of Harrisburg Mayor Eric | : | |
| Papenfuse; and Police Chief | : | |
| Thomas Carter | : | |

# **O R D E R**

NOW, October 23, 2019, having considered Appellees' application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge